UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CEDRIC R. ALLEN,<br><br>  Plaintiff,<br><br>  v.<br><br>L. A. CALVENDRA, et al.,<br><br>  Defendants. | Case No.: 1:23-cv-01680-KES-SKO<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS TO DISMISS ACTION FOR FAILURE TO STATE A CLAIM<br><br>(Doc. 9) |

Plaintiff Cedric Raynard Allen is proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. This matter was referred to a United States magistrate judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On March 6, 2024, the assigned magistrate judge issued findings and recommendations, recommending that this action be dismissed for plaintiff's failure to state a claim upon which relief could be granted. Doc. 9. More particularly, the magistrate judge found plaintiff's claims were barred by the applicable statute of limitations, *id*. at 4-6, 15, and that, in any event, the complaint fails to state a claim upon which relief could be granted, *id*. at 7-16. The findings and recommendations were served on plaintiff and provided him 14 days to file objections thereto. *Id.* at 16. Plaintiff filed objections on April 3, 2024. Doc. 11.

In accordance with of 28 U.S.C. § 636(b)(1), the court has conducted a de novo review of this case. The magistrate judge found that plaintiff's claims were barred by the statute of

limitations. In his objections, plaintiff states he "offers no excuse for not having filed his complaint by 8-9-2022," indicates that he intends to pursue Eighth Amendment and Fourteenth Amendment claims, and that he will withdraw his claim for retaliation. Doc. 11 at 1-2. Throughout his objections, plaintiff attempts to cure the deficiencies identified in the findings and recommendations. However, the objections do not challenge the finding that plaintiff's claims are barred by the statute of limitations. As such, dismissal for failure to state a claim, without leave to amend, is appropriate.

Having carefully reviewed the file, including plaintiff's objections, the court finds the findings and recommendations to be supported by the record and proper analysis.

Accordingly, it is HEREBY ORDERED that:

1. The findings and recommendations issued on March 6, 2024, Doc. 9, are ADOPTED;
2. Plaintiff's complaint is DISMISSED without leave to amend for a failure to state a claim upon which relief can be granted; and
3. The Clerk of the Court is directed to terminate all pending motions and to CLOSE this case.

IT IS SO ORDERED.

    Dated:   November 2, 2024

                                                    _____
                                                    UNITED STATES DISTRICT JUDGE